

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00095-CV

DEBRA LUTZ AND BRUCE LUTZ                                        APPELLANTS

V.

LITTON LOAN SERVICING, LP AS                                        APPELLEE
SERVICING AGENT FOR
RESIDENTIAL FUNDING
COMPANY, LLC, FORMERLY
KNOWN AS RESIDENTIAL
FUNDING CORPORATION

------------

### FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants' Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  August 5, 2010

---

[1]*See* Tex. R. App. P. 47.4.